MORRIS W. TAUB et al., Respondents, v. JOSEPHINE G. BRAUN, Appellant.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 1015.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN SPINNER, Appellant, et al., Defendants.—Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MINNIE S. D. PEGRAM, Relator, and FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK, Intervener, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [70–76 Fulton St., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

FRANKLIN SQUARE NATIONAL BANK, Respondent, v. GREAT ATLANTIC BUILDING MATERIAL SUPPLY CORP. et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [186 Misc. 524.] [See *post*, p. 999.]

RIMLER & HORNING, INC., et al., Respondents, v. HARRY KAPLAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

JOHN P. CRANE et al., Appellants, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [185 Misc. 456.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WOLOSKY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Callahan, J., dissents and votes to reverse the judgment and dismiss the information on the ground that though the information charges possession of the policy writings said possession was not established by the proof.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCILLE B. G. KNAPP, Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments in the City of New York, Respondents. [2880 Broadway, Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of ANNA KALTMAN, an Incompetent Person, Appellant. JACOB GOLDBERG et al., Respondents.— Order unanimously affirmed, with costs and disbursements to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 998.]

In the Matter of the Accounting of GUARANTY TRUST COMPANY OF NEW YORK, Appellant, Successor to National Bank of Commerce in New York, as Trustee of an Express Trust, Known as St. Mary's Hospital for Children Trust. ST. MARY'S HOSPITAL FOR CHILDREN, INC., et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.